Edna Q. Briody, as Guardian ad Litem of William Briody, an Infant, Respondent, v. William Dolan, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence

action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.